AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 18-MJ-356-DTS | Date and time warrant executed: 04/25/2018 5:50 pm | Copy of warrant and inventory left with: John K. Thornton |
|---|---|---|

Inventory made in the presence of:
John K. Thornton

Inventory of the property taken and name of any person(s) seized:

$31,831 in Cash Money
4 U.S. Double Eagles
2 One Ounce Gold Eagle - 91 % Gold
2 Half Ounce Gold Eagle - 91% Gold
5 Quarter Ounce Gold Eagle - 91% Gold
4 One Tenth Ounce Gold Eagle - 91% Gold
One Quarter Ounce Gold Maple Leaf - .999 Gold
Approximately 8,646 Dimes - 90% Silver
Approximately 485 Quarter Dollars - 90% Silver
Approximately 1,548 Half Dollars - 90% Silver
Approximately 101 Peace Dollars - 90% Silver
Approximately 213 Morgan Silver Dollars - 90% Silver
One Ounce American Silver Eagles is increased from original 418 to a total of approx. 446
Approximately 103 One Ounce Silver Canadian Maple Leaf Coins
Approximately 2 One Ounce Perth Mint Australian Silver Dollars
Approximately 40 Austrian Philharmonic One Ounce Silver Coin
Approximately 52 One Ounce Silver Rounds
Approximately 2 Two Ounce Silver Rounds
Approximately 20 Copper Rounds
1 One Kilogram Silver Bar Identified as "Asahi 999 Sic" - Serial Number 000553
2 Ten Ounce Silver Bars Identified as "Johnson Matthey Assayers..." S/N's: 418851 & 418852
Approximately 15 One Ounce Silver Bars
Movado All-Steel Sapphire Wristwatch, 10ATU Water Resistant, Model 84-C5-890, #:4200413
New & Unopened iPod Nano 8GB, Green Model A1320
Two GSA Morgan Silver Dollar Carson City Sets - 1882-CC & 1884-CC
9 Morgan Silver Dollars: 1885-O,1881-S,1886,1887,1883-CC,1878-CC,1878-CC,1882,1885-O
Kennedy Half Dollar - 1995-S
3 Philadelphia Mint Sets - 1956 Mintage
1 One Ounce Palladium Canadian Maple Leaf Coin - 2006 Mintage
One Small Black Box with label called "Keep Key" - Containing a Small Black Device

RECEIVED MAY 03 2018 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 2, 2018

*Executing officer's signature*

RICHARD WALLIN, Internal Revenue Officer
*Printed name and title*

SCANNED
MAY 04 2018
U.S. DISTRICT COURT ST. PAUL